IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Viaticus, Inc.,

Plaintiff,

v.

First Colony Life Insurance Company,

Defendant.

COURT FILE NO. 01-CV-2134 (DSD/JMM)

**STIPULATION AND ORDER EXTENDING TIME OF DEFENDANT TO RESPOND TO COMPLAINT**

TO: THE HONORABLE DAVID S. DOTY:

IT IS HEREBY stipulated by the undersigned counsel that defendant be permitted an extension up to and including January 9, 2002, to file a response to the Complaint in the above-entitled action.

BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.

Dated: December 19, 2001.

By [signature]
Alan I. Silver (#101023)
Kelly A. Putney (#237577)
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 333-3000
and
PIPER MARBURY RUDNICK & WOLFE
Stephen O'Donnell
Nancy L. Hendrickson
203 North LaSalle Street
Suite 1800
Chicago, IL 60601
Telephone: (312) 368-4000

**ATTORNEYS FOR PLAINTIFF**

FILED JAN 0 2 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Dated: December 18, 2001.

MOSS & BARNETT
A Professional Association

By ______________________
Thomas J. Shroyer (#100638)
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4129
Telephone: (612) 347-0300

**ATTORNEYS FOR DEFENDANT**

IT IS SO ORDERED:

BY THE COURT:

Dated: 12/27, 2001.

______________________
~~David S. Doty~~ Jean M. Mason
Magistrate Judge of U.S. District Court

473121/1