138936

**UNITED STATES DISTRICT COURT**
District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

RECEIVED BY MAIL JAN 08 2002 CLERK US DIST COURT ST. PAUL, MN

**MOTION FOR ADMISSION PRO HAC VICE**

Case Number: 01-CV-2134 DSD/JMM Case Title: Viaticus v. First Colony Life Insurance Company

**Affidavit of Movant**

I, James R. Crassweller, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Nancy L. Hendrickson, an attorney admitted to practice in the U.S. District Court, Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for ☒ plaintiff ☐ defendant Viaticus in the case listed above. I am aware that the local rules of this court require that I participate in the preparation and presentation of the case listed above, and that I accept service of all papers served.

| Signature | 19690<br>MN Attorney License # | 1/4/02<br>Date |
|---|---|---|

**Affidavit of Proposed Admittee**

I, Nancy L. Hendrickson, am currently a member in good standing of the U.S. District Court for Northern Illinois, but not admitted to the bar of this court. I understand that if this court grants me admission pro hac vice, the movant brining this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

| Nancy L. Hendrickson<br>Type/Print Name | Signature | 1/2/02<br>Date |
|---|---|---|

Attorney License Number: 06207710
Law Firm Name & Address: Piper, Marbury, Rudnick & Wolfe
203 N. LaSalle Street, Suite , Suite 1800
Chicago, IL 60601-1293
(312) 368-8908

Motion Granted: ______________________
For the Court: Richard D. .Sletten, Clerk

JAN 08 2002
Date

FILED JAN 08 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________