THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Viaticus, Inc.,

Plaintiff,

vs.

First Colony Life Insurance Company,

Defendant.

**STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER REGARDING DESIGNATION OF EXPERT WITNESSES** AND ORDER

Court File No. 01-CV-2134 [DSD/SRN]

WHEREAS, the Pretrial Scheduling Order provides that Plaintiff must designate expert witnesses by August 1, 2002 and Defendant must designate expert witnesses by September 1, 2002;

WHEREAS, all discovery must be completed by November 1, 2002;

WHEREAS, the parties desire to complete factual discovery prior to designation of experts, if any;

WHEREAS, Plaintiff is currently scheduled to take depositions of Defendant the week of August 12, 2002;

WHEREAS, Defendant is scheduled to take depositions of the Plaintiff the week of September 3, 2002;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective undersigned attorneys, that the Pretrial Scheduling Order shall be amended to provide for the disclosure of Plaintiff's experts by September 1, 2002, and disclosure by Defendant of its experts by October 1, 2002. All other deadlines in the Pretrial Scheduling Order shall remain the same.

872078-1

JUL 3 0 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By ______________________________
James R. Crassweller (#19690)
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7961

Dated: 7/29, 2002

and

Nancy L. Hendrickson (IL #06193883)
Stephen O'Donnell (IL #06207710)
PIPER RUDNICK
203 North LaSalle Street, Suite 1800
Chicago, Illinois 60601
(312) 368-4000

MOSS & BARNETT

By ______________________________
Thomas J. Shroyer (#100638)
Philip J. Young (#283368)
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4129
(612) 347-0300

Dated: 7/29, 2002

ATTORNEYS FOR DEFENDANT

**ORDER**

Pursuant to the Stipulation of the parties, the Court's Pretrial Scheduling Order dated February 12, 2002 is hereby amended to provide as follows:

Discovery/Nondispositive Motions

Disclosure of the identity of the expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

| | |
|---|---|
| September 1, 2002 - | By Plaintiff |
| October 1, 2002 - | By Defendant |

All other dates contained in the Pretrial Scheduling Order of February 12, 2002, shall remain the same.

IT IS HEREBY ORDERED.

BY THE COURT

By Susan Richard Nelson
The Honorable Susan Richard Nelson
U.S. District Court Magistrate Judge

Dated: July 30, 2002

872078-1