IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Viaticus, Inc.,

Plaintiff,

v.

First Colony Life Insurance Company,

Defendant.

COURT FILE NO. 01-CV-2134 (DSD/SRN)

**STIPULATION AND ORDER EXTENDING DISCOVERY COMPLETION DEADLINE**

TO: THE HONORABLE SUSAN RICHARD NELSON:

The Pretrial Scheduling Order requires that all discovery be completed by November 1, 2002. The parties have completely virtually all of their intended discovery. Plaintiff wishes to take the deposition of a few more employees of Defendant. These depositions have been discussed over the past few weeks. However, the parties have also begun to explore settlement and did not wish to take the additional depositions if settlement were to occur. Viaticus presented a framework for settlement on October 25, 2002. Defendant is considering this framework and should be able to respond within a week. Accordingly, the parties request that the discovery cut-off be extended two weeks so that these discussions can run their course. This extension will not require an extension of the dispositive motion cut-off.

Accordingly, it is hereby stipulated by the undersigned counsel that the discovery completion date in the above-referenced action be extended up to and including November 15, 2002.

FILED NOV 0 1 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

10-29-02 01:49pm From-47th FLOOR T-927 P.004/004 F-721

Dated: ~~December~~ October 29, ~~2001~~ 2002

PIPER RUDNICK

By ______________________
Stephen O'Donnell (IL #06207710)
Nancy L. Hendrickson (IL #06193883)
203 North LaSalle Street
Suite 1800
Chicago, IL 60601
Telephone: (312) 368-4000

and

James R. Crassweller (#19690)
RIDER BENNETT EGAN & ARUNDEL
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
Telephone: (612) 640-7961

**ATTORNEYS FOR PLAINTIFF**

Dated: October 31, 2002.

MOSS & BARNETT
A Professional Association

By ______________________
Thomas J. Shroyer (#100638)
Philip J. Young (#264416)
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4128
Telephone: (612) 347-0300

**ATTORNEYS FOR DEFENDANT**

IT IS SO ORDERED:

BY THE COURT:

Dated: November 1, 2002.

______________________
Susan Richard Nelson
Magistrate Judge

845025/1