IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Viaticus, Inc.,

Plaintiff,

v.

First Colony Life Insurance Company,

Defendant.

COURT FILE NO. 01-CV-2134 (DSD/SRN)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant that Plaintiff's complaint against Defendant is dismissed with prejudice and without costs to either party.

IT IS FURTHER STIPULATED AND AGREED that either party may forthwith and without notice to the other party apply to the Court for an order for dismissal in accordance herewith.

Dated: January 13, 2003.

PIPER RUDNICK

By [signature]
Stephen O'Donnell (IL #06207710)
Nancy L. Hendrickson (IL #06193883)
203 North LaSalle Street
Suite 1800
Chicago, IL 60601
Telephone: (312) 368-4000

and

James R. Crassweller (#19690)
RIDER BENNETT EGAN & ARUNDEL
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
Telephone: (612) 640-7961

**ATTORNEYS FOR PLAINTIFF**

FILED 1-17-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______

Dated: January 9, 2003.

MOSS & BARNETT
A Professional Association

By [signature]
Thomas J. Shroyer (#100638)
Philip J. Young (#283368)
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4129
Telephone: (612) 347-0300

**ATTORNEYS FOR DEFENDANT**

**IT IS SO ORDERED:**

BY THE COURT:

Dated: 1/10, 2003.

[signature]
~~Susan Richard Nelson~~ David S. Doty
~~Magistrate Judge~~ Judge of District Court

560718/1